# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

PRUDENTIAL DEFENSE SOLUTIONS, INC.,

    Plaintiff,

v.                                                           Case No. 20-11785

JAKE W. GRAHAM, MARK SHEAHAN,
and ROBERT CHARNOT,

    Defendants.
_____/

## ORDER REQUIRING PAYMENT OF TRANSCRIPT FEES

On August 19, 2021, counsel for Defendants, Ms. Lisa M. Stauff, requested from the court reporter the preparation of a transcript with a three-day turnaround time pursuant to Eastern District of Michigan Local Rule 80.1(a). The transcript was timely prepared and delivered to Ms. Stauff on August 22, 2021. The court reporter also transmitted an invoice for the transcript, charging $359.70, consistent with the relevant the schedule of fees approved by the Judicial Conference of the United States and the Eastern District of Michigan. E.D. Mich. LR 80.1(c). To date, Ms. Stauff has failed to tender payment for the transcript or provide any explanation to the court reporter for her failure.

"Unless the Government pays for the transcripts, the court reporter may charge and collect fees for transcripts requested by the parties . . ." *Rranxburgaj v. Nielsen*, No. 18-11832, 2020 WL 705082, at *1 (E.D. Mich. Feb. 12, 2020) (citing 28 U.S.C. § 753(f)). Defendants here have not alleged they are indigent, and thus the Government does not pay for any necessary transcripts. As such, the court reporter is entitled to

charge and collect fees in accordance with E.D. Mich. LR 80.1 and 28 U.S.C. § 753(f). The transcript was requested two months ago and timely provided by the court reporter. Nonetheless, despite multiple voicemails, emails, and requests from the court reporter, the invoice has gone unpaid. Accordingly,

IT IS ORDERED that, **no later than seven days from entry of this order,** Attorney Lisa Stauff is DIRECTED to transmit payment for the transcript she requested on August 19, 2021. Failure to do so may result in a finding holding counsel in contempt of court.

                                                     s/Robert H. Cleland             /
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: October 19, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 19, 2021, by electronic and/or ordinary mail.

                                                     s/Lisa Wagner                /
                                                     Case Manager and Deputy Clerk
                                                     (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C3 ORDERS\20-11785.PRUDENTIALDEFENSESOLUTIONS.Transcript.Payment.chd.docx