**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

PRUDENTIAL DEFENSE SOLUTIONS, INC.,

    Plaintiff,

v.                                                                   Case No. 20-11785

JAKE W. GRAHAM, MARK SHEAHAN,
and ROBERT CHARNOT,

    Defendants.
_____/

**ORDER ADJUSTING DEADLINES AND SETTING STATUS CONFERENCE**

    Plaintiff Prudential Defense Solutions, Inc., a private security and mobile patrol service company, brings this action asserting claims under the Michigan Uniform Trade Secrets Act, Mich. Comp. Laws § 445.1904, and the federal Defend Trade Secrets Act, 18 U.S.C. § 1836(b)(1). It also brings state law claims for breach of contract, breach of fiduciary duty, and civil conspiracy.

    The court conducted a final pretrial conference with the parties on December 7, 2021. The parties discussed the current track to trial, pending motions, and the possibility of settlement. It was determined that the trial would be delayed and that—because the parties may schedule facilitation—the court would suspend the deadlines of pending motions to avoid any unnecessary litigation costs. Accordingly,

    IT IS ORDERED that the bench trial scheduled for December 21, 2021, is ADJOURNED WITHOUT DATE. The court will reschedule the trial for Spring 2022 and will notify the parties when it sets a particular date.

IT IS FURTHER ORDERED that if the parties have a continued interest in settlement, Plaintiff is DIRECTED to communicate an offer for settlement to Defendants by **Friday, December 10, 2021**. Defendants are DIRECTED to respond by **Wednesday, December 15, 2021**.

IT IS FURTHER ORDERED that the parties will appear for a telephonic status conference on **Friday, December 17, 2021 at 10:00 am**. The court expects the parties to provide an update as to whether they remain interested in alternative dispute resolution.   **(CALL IN INFORMATION:  877-336-1274; Access  Code: 7627118;   Sec Code  1785)**

Finally, IT IS ORDERED that the deadlines for the following documents are SUSPENDED until further order of the court: Plaintiff's Response to Defendants' "Motion for Jury Trial" (ECF No. 104); and Defendants' Replies as to their three motions in *limine*. (ECF Nos. 105, 106, 107.)

                                                              s/Robert H. Cleland                          /
                                                              ROBERT H. CLELAND
                                                              UNITED STATES DISTRICT JUDGE
Dated:  December 8, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 8, 2021, by electronic and/or ordinary mail.

                                                              s/Lisa Wagner                                  /
                                                              Case Manager and Deputy Clerk
                                                              (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-11785.PRUDENTIALDEFENSESOLUTIONS.OrderSettingDeadlinesAndConference.MAZ.docx