UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PRUDENTIAL DEFENSE SOLUTIONS, INC.,

    Plaintiff,

v.                                                                                                  Case No. 20-11785

JAKE W. GRAHAM, MARK SHEAHAN,
and ROBERT CHARNOT,

    Defendants.
_____/

**ORDER OF DISMISSAL**

Counsel has notified the court that the parties have reached a settlement in the above-captioned matter, with the details to be memorialized in final settlement documents.[1] The court is persuaded that further court supervision is, at this point, unnecessary. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights within 30 days of the date of this Order, or until April 30, whichever is later. A party may reopen this case on or before **April 30, 2022**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party, and the litigation will proceed as if

---

[1] Two of the three Defendants have already been dismissed with prejudice pursuant to their settlement (ECF Nos. 110, 111), and the parties have indicated the remaining Defendant will soon similarly be dismissed.

the case had not been dismissed. If no such notice is submitted, the parties may also submit a substitute, stipulated order of dismissal or judgment by **April 30, 2022**.

After **April 30, 2022**, in the absence of any further order of the court or filing by the parties, this dismissal without prejudice shall be deemed to be **with prejudice**.

s/Robert H. Cleland             /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 25, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 25, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                    /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-11785.PRUDENTIALDEFENSESOLUTIONS.DismissalWithoutPrejudice.MAZ.RHC.docx